IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

DAVID C. BLOOD; and )
VIRGINIA L. BLOOD ) No. 3-13-1319
)
v. )
)
WELLS FARGO BANK, N.A. )

CASE MANAGEMENT ORDER # 2

By contemporaneously entered order, the Court has approved and entered the parties' proposed initial case management order, with modifications addressed at the initial case management conference held on March 5, 2014. Those modifications and other matters addressed on March 5, 2014, are as follows:

1. The provision requiring the parties to refrain from filing any discovery motion until 30 days after receipt of any discovery request has been deleted. If the parties need an extension of the June 13, 2014, deadline for filing any discovery motions or participating in a conference call with the Court to provide them sufficient opportunity to try to resolve any discovery dispute, counsel can seek such an extension.

2. The defendant shall have until August 8, 2014, to serve any expert disclosures in accord with Rule 26(a)(2) of the Federal Rules of Civil Procedure.

3. The plaintiffs shall have until September 5, 2014, to serve any rebuttal expert disclosures, if necessary.

4. Whether or not the parties elect to engage in ADR, they shall file a joint mediation report by September 26, 2014, indicating the potential for settlement and propriety of ADR.

5. As provided in the contemporaneously entered order, any dispositive motion shall be filed by October 24, 2014. Any response shall be filed within 21 days of the filing of the motion or by November 14, 2014, if the motion is filed on October 24, 2014. An reply, if necessary, shall be

filed within 21 days of the filing of the response or by December 5, 2014, if the response is filed on November 14, 2014.

No other filings in support of or in opposition to any dispositive motion shall be made after December 5, 2014, except with the express permission of the Honorable Kevin H. Sharp.

Memoranda in support of or in opposition to any dispositive motion shall not exceed twenty (20) pages.

There shall be no stay of discovery before the June 13, 2014, deadline for completion of fact discovery or the September 19, 2014, deadline for completion of expert discovery even if a dispositive motion is filed prior thereto.

In consultation with Judge Sharp's office, a jury trial is scheduled to begin on **Tuesday, May 12, 2015, at 9:00 a.m.,** in Courtroom A-826, U.S. Courthouse, 801 Broadway, Nashville, TN. The parties estimate that the trial will last approximately two (2) days.

The pretrial conference is also scheduled before Judge Sharp on **Monday, April 20, 2015,** in Courtroom A-826.

The parties' obligations prior to the pretrial conference will be set forth in an order entered closer to the trial date.

The Clerk is directed to forward the file in this case to Judge Sharp for his consideration of the defendant's motion to dismiss and accompanying memorandum (Docket Entry Nos. 8-9), the plaintiffs' response (Docket Entry No. 10), and the defendant's reply (Docket Entry No. 13).

The motion is fully briefed and, unless otherwise expressly permitted by Judge Sharp, there will be no further filings in support of or in opposition to the motion to dismiss.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge