IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

DAVID C. BLOOD; and )
VIRGINIA L. BLOOD ) No. 3-13-1319
 )
v. )
 )
WELLS FARGO BANK, N.A. )

O R D E R

On August 4, 2014, plaintiffs' counsel called the office of the Magistrate Judge to advise that the parties had reached a full resolution of this case.

As a result, the defendant's motion to dismiss (Docket Entry No. 8) is rendered MOOT, and the Clerk is directed to terminate that motion as pending.

By August 22, 2014, the parties shall file an agreed order or stipulation of dismissal.

Unless otherwise directed by the Court or upon motion of the parties, there will be no further proceedings before the Magistrate Judge in this case.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge