# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| DAVID C. BLOOD and <br> VIRGINIA L. BLOOD, <br>       Plaintiffs, <br> v. <br> WELLS FARGO BANK, N.A., <br>       Defendant. | Civil Action No. 3:13-cv-01319 <br><br> Judge Sharp <br><br> Magistrate Judge Griffin |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER IS BEFORE THE COURT upon the Complaint filed by David C. Blood and Virginia L. Blood (collectively, "Plaintiffs") against Wells Fargo Bank, N.A. ("Wells Fargo"). [Doc. No. 1]. Upon agreement of Plaintiffs and Wells Fargo, as evidenced by the signatures of their counsel below, it is hereby ORDERED:

1. This matter is hereby DISMISSED WITH PREJUDICE;

2. Each party shall be responsible for its own attorney's fees, expenses, and costs, including discretionary costs, related to this action.

IT IS SO ORDERED

*Kevin H. Sharp*
_____
JUDGE

APPROVED FOR ENTRY:

*/s/ Jonathan Cole*
Jonathan Cole (BPR # 016632)
Henry E. ("Ned") Hildebrand, IV (BPR # 032168)
BAKER, DONELSON, BEARMAN, CALDWELL
& BERKOWITZ, PC
Baker Donelson Center, Suite 800
211 Commerce Street
Nashville, Tennessee  37201
Phone:  (615) 726-7335
Fax:  (615) 744-7335
Email:  jcole@bakerdonelson.com
Email:  nhildebrand@bakerdonelson.com

*Attorneys for Defendant Wells Fargo Bank, N.A.*


*/s/ Christina Chamberlain (by permission)*
Christina Chamberlain (BPR #025378)
Chamberlain Legal Services, PLLC
P.O. Box 1102
White House, Tennessee, 37188

*Attorney for Plaintiffs*


## CERTIFICATE OF SERVICE

I certify that on August 27, 2014, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's electronic filing system.

> Christina Chamberlain
> Chamberlain Legal Services, PLLC
> Post Office Box 1102
> White House, Tennessee 37188
> christina@chamberlainlegalservices.com

> */s/ Jonathan Cole*
> Jonathan Cole

N HEH 1404916 v1
2780973-002109  08/27/2014